IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JAVIER GALVAN, BALDEMAR MARTINEZ, and JESSE SALINAS,<br>Plaintiffs,<br><br>v.<br><br>RATHMANN & O'BRIEN, LLC, DENNIS T. RATHMANN and M. MATTHEW DREESEN,<br>Defendants. | §§§§§§§§§§§ CIVIL ACTION NO.<br>DR-08-CV-035-AM/VRG |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

On March 24, 2014, the parties filed a joint agreed motion for dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(2) and requests the entry of a judgment of dismissal with prejudice. The motion to dismiss [ECF No. 110] is **GRANTED** as follows:

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that all of the claims and causes of action asserted herein by Plaintiffs Javier Galvan, Baldemar Martinez and Jesse Salinas and Defendants Rathmann & O'Brien, LLC, Dennis T. Rathmann and M. Matthew Dressen are fully and finally **DISMISSED WITH PREJUDICE** as requested in the parties' joint motion for dismissal. **IT IS FURTHER ORDERED** that each party shall bear its own costs of suit. All relief not expressly granted herein is **DENIED** and all pending motions [ECF Nos. 78, 79, 80, 82, 101, and 103] are **DENIED** as moot. This is a **FINAL ORDER** that fully disposes of all claims and controversies asserted by all parties in this suit by dismissing them with prejudice.

A Clerk's Judgment shall immediately issue.

**SIGNED** this 25th day of March, 2014.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE